**FILED**

JUN 10 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THESOLONIA BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERVISOR GOMEZ, et al.,<br><br>    Defendants. | No. C 11-3493 LHK (PR)<br><br>JUDGMENT |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 6/10/13

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\CR.11\Baker493jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

THESOLONIA BAKER,

        Plaintiff,

v.

G.D LEWIS et al,

        Defendant.
        _____/

Case Number: CV11-03493 LHK

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thesolonia Baker C 72380
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532-7500

Dated: June 10, 2013

                        Richard W. Wieking, Clerk

                        *Elizabeth C Garcia*
                        By: Elizabeth Garcia, Deputy Clerk